ACCEPTED
04-15-00392-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
10/21/2015 1:51:16 PM
KEITH HOTTLE
CLERK

## No. 04–15–00392–CV

JOYCE ANN SARRO                    IN THE COURT OF APPEALS

vs.                    4TH COURT OF APPEALS DISTRICT

MICHAEL A. SARRO                    SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
10/21/2015 1:51:16 PM
KEITH E. HOTTLE
Clerk

### Second Motion for Extension of Time To File a Brief by Appellant
### (Unopposed)

Comes now appellant, Joyce Ann Sarro, and moves the Court to extend the time to file her brief, pursuant to Tex. R. App. P. 10.1, 10.5, and Article I, section 19 of the Texas Constitution.

1. Appellant's brief is presently due on October 21, 2015.

2. An extension for 30 days is requested to November 20, 2015.

3. Previously, the undersigned counsel for Appellant indicated that his brother, handicapped with Down's Syndrome, was hospitalized on August 31, 2015, and discharged on September 5, 2015. However, he was again hospitalized on September 29, 2015, and is at this time still in the hospital. Attached as exhibit 'A' is a master patient index sheet which shows under the admitting and discharge columns that he was admitted on August 31, 2015 and discharged on September 5, 2015, and then on September 29, 2015, he was admitted into the ER, then discharged from the ER and admitted into the hospital proper on that same date. On October 9, his status changed at the hospital to a swing bed program, and he remains in the hospital, as indicated in the discharge column as "inhouse". The undersigned is the only family member who has been able to assist with his brother's situation, and has no spouse or child who could otherwise help.

4. This is the second request for an extension of time to file a brief by Appellant.

5. This extension is not sought solely for delay, but that justice may be done.

6. An inquiry was made about this motion to the attorney for Appellee, who indicated that the motion is not opposed.

1

**Prayer**

Therefore, Joyce Ann Sarro prays that this motion be filed, that an extension of time be granted to November 20, 2015 to file Appellant's brief, and that she have such other relief, in law or equity, to which she may be justly entitled.

Respectfully submitted,

/s/ R. Robert Willmann, Jr.

R. Robert Willmann, Jr.
Attorney at Law
P.O. Box 460167
San Antonio, Texas 78246
Tel 844.244.9973
Temporary Fax 361.552.4305
willaw@prismnet.com
Bar No. 21655960

**Certificate of Service**

I certify that this motion was served by–

electronic service through an electronic filing manager and by fax to Rachel Sadovsky; Cordell & Cordell; 10101 Reunion Place, Suite 250; San Antonio, Texas 78216 (rsadovsky@cordelllaw.com) (attorney for Michael A. Sarro);

on the 21st day of October, 2015.

/s/ R. Robert Willmann, Jr.

R. Robert Willmann, Jr.

**Exhibit A**

# Affidavit Regarding Exhibit

State of Texas
County of Calhoun

Before me, the undersigned authority, personally appeared R. Robert Willmann, Jr., who, after being duly sworn, stated as follows.

"I, R. Robert Willmann, Jr., am over 18 years of age, am an attorney licensed to practice law in the State of Texas, and am otherwise competent to make this affidavit.

I am an attorney for appellant Joyce Ann Sarro regarding this appeal.

Attached to this affidavit and made a part of this exhibit 'A' is a true and complete copy of a patient index sheet from the Memorial Medical Center hospital in Port Lavaca, Texas, which I personally requested and received on October 21, 2015, at the hospital regarding my brother David Willmann. I have made a few redactions to it.

I have personal knowledge of the contents of this affidavit and they are true and correct."

_____
R. Robert Willmann, Jr.
Affiant

Subscribed and sworn to before me on this 21st day of October, 2015, to which witness my hand and seal of office.

BERTHA A. GALINDO
MY COMMISSION EXPIRES
July 3, 2016

_____
Notary Public, State of Texas
My commission expires:

Master Patient Index

Name: WILLMANN DAVID
Address: PORT LAVACA, TX 77979

Birthdate:

Social Security #:

| Number | Name | Disch. Date | Stay | Admit Date | MR Number | X-Ray | Birthdate | Chart | Serv. | Age | Phy sicia |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | WILLMANN DAVID | INHOUSE | 4 | 10/09/2015 | 22270 | 39514 | | | SW | 59 | 130 )6 |
| 9 | WILLMANN DAVID | PRE-ADM | 2 | | 22270 | 39514 | | | V | 0 | 00C )0 |
| 1 | WILLMANN DAVID | PRE-ADM | 2 | | 22270 | 39514 | | | V | 0 | 00C )0 |
| 1 | WILLMANN DAVID | 10/09/2015 | 1 | 9/29/2015 | 22270 | 39514 | | | MS | 59 | 130 )6 |
| 1 | WILLMANN DAVID | 9/29/2015 | 3 | 9/29/2015 | 22270 | 39514 | | | ER | 59 | 807 72 |
| 1 | WILLMANN DAVID | 9/05/2015 | 1 | 8/31/2015 | 22270 | 39514 | | | MS | 58 | 807 )0 |
| 1 | WILLMANN DAVID | 8/31/2015 | 3 | 8/31/2015 | 22270 | 39514 | | | ER | 58 | 00C )0 |
| 1 | WILLMANN DAVID | 7/08/2015 | 3 | 7/08/2015 | 22270 | 39514 | | | MS | 58 | 807 74 |
| 1 * | WILLMANN DAVID | 3/13/2015 | 1 | 3/10/2015 | 22270 | 39514 | | | ER | 58 | 00C )0 |
| 1 | WILLMANN DAVID | 3/10/2015 | 2 | 3/10/2015 | 22270 | 39514 | | MEDRE | OT | 58 | 00C )0 |
| 1 * | WILLMANN DAVID | 1/12/2015 | 2 | 1/12/2015 | 22270 | 39514 | | | LA | 58 | 00C )0 |
| 1 | WILLMANN DAVID | 12/09/2014 | 3 | 12/09/2014 | 22270 | 39514 | | | ER | 58 | 807 76 |
| 1 | WILLMANN DAVID | 7/24/2014 | 2 | 7/24/2014 | 22270 | 39514 | | | LA | 57 | 00C )0 |
| 1 | WILLMANN DAVID | 7/21/2014 | 4 | 7/24/2014 | 22270 | 39514 | | | SW | 57 | 00C )0 |
| 1 | WILLMANN DAVID | 7/15/2014 | 1 | 7/15/2014 | 22270 | 39514 | | MEDRE | MS | 57 | 00C )0 |
| 1 | WILLMANN DAVID | 6/19/2014 | 2 | 7/10/2014 | 22270 | 39514 | | MEDRE | LA | 57 | 00C )0 |
| 1 | WILLMANN DAVID | 6/17/2014 | 4 | 6/19/2014 | 22270 | 39514 | | MEDRE | SW | 57 | 00C )0 |
| 1 | WILLMANN DAVID | 6/12/2014 | 1 | 6/12/2014 | 22270 | 39514 | | | MS | 57 | 00C )0 |
| 1 | WILLMANN DAVID | 6/03/2014 | 2 | 6/03/2014 | 22270 | 39514 | | | RA | 57 | 00C )0 |
| 1 | WILLMANN DAVID | 6/02/2014 | 3 | 6/02/2014 | 22270 | 39514 | | | ER | 57 | 807 73 |
| 1 | WILLMANN DAVID | 5/28/2014 | 2 | 5/28/2014 | 22270 | 39514 | | | LA | 57 | 00C )0 |
| 1 | WILLMANN DAVID | 3/17/2014 | 3 | | | | | | LA | 57 | 00C )0 |

Add to My Patients  |  Account Detail  |  Mammography  |  Clinical History  |  All Accts Results  |  Clinical Notes  |  Same MR Number  |  Same SS Number  |  Same XR Number  |  PACS  |  Next Account